UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN LEE CARTER,

        Petitioner,               Case No. 1:21-cv-183

v.                                         Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.

_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: May 6, 2021                           /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge