UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN LEE CARTER,

        Petitioner,               Case No. 1:21-cv-183

v.                                        Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely.

Dated: May 6, 2021                                  /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                         United States District Judge